WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '09 JAN 26 13:12 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHERYL LEWIS,**                                         CV # 05-743-TC

        Plaintiff,

vs.                                                      ORDER

**COMMISSIONER of Social Security,**

        Defendant.

---

Attorney fees in the amount of $17,000.00 and expenses in the amount of $70.41 are hereby

awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C.

§ 2412(d), and costs in the amount of $705.00 are awarded pursuant to 28 U.S.C. § 1920.


DATED this **26** day of _____Jan_____, 2009.

                                    _____
                                    United States District / Magistrate Judge

Submitted on January 25, 2009 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1